Edward Leppa, et al., Plaintiffs-Respondents, v. Manuel Gomez and Tameling Bros. Cartage, Inc., a Corporation, Defendants-Petitioners.

Gen. No. 50,878.

First District, Fourth Division.

January 28, 1966.

Vogel & Vogel, of Chicago (David F. Holland, of counsel), for petitioners; Angelos & Angelos, of Chicago, for respondents. Opinion by PRESIDING JUSTICE DRUCKER. Not to be published in full.